**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK PENSION FUND, by its Administrator, Stephen J. O'Sick; BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK HEALTH BENEFIT FUND, by its Administrator, Stephen J. O'Sick; BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK EDUCATION & TRAINING FUND, by its Trustees, Robert Mantello, Pasquale Tirino, Luke Renna, Michael Suprenant, Martin Dillon, Dale Stehlin, Thomas Murray, Kevin Augustini, J.D. Gilbert, Thomas Marinello and Todd Helfrich; BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, by David Stupar, Executive Director; and BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY NEW YORK, AFL-CIO, by Robert Mantello, President,<br><br>      Plaintiffs,<br><br>– against –<br><br>NATALE MASONRY INCORPORATED and MICHAEL NATALE, Individually and as an Officer of Natale Masonry Incorporated,<br><br>      Defendants. | **STIPULATION OF DISCONTINUANCE**<br><br>Civil Action No.<br><br>09-cv-00496<br>(FJS-DRH) |

It is hereby stipulated and agreed, by and between the undersigned counsel, the attorneys of record for all parties in the above-referenced action, no party being an infant or incompetent person or in the military service, that the action is settled and is conditionally discontinued, without prejudice, reserving to the parties the right to reopen the action to obtain compliance with the terms of the

Stipulation of Settlement ["Stipulation"], dated January 7 and 20, 2011, and/or to allow Plaintiffs to proceed with entry of judgment in accordance with the terms and conditions of the Stipulation.

Dated: May 17, 2011

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, of Counsel
Bar Roll No. 101356
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com

Dated: May 16, 2011

By: _____
Bruce James Donadio, Esq.
Attorneys for Defendants
Office and Post Office Address
219-A Mohawk Avenue
Scotia, New York 12302
Telephone: (518) 238-5078
Facsimile: (518) 346-8177
E-mail: bruce@donadiolaw.com

(colf\legal\Natle-StipDisc) jlr

**SO ORDERED**, that the action is conditionally discontinued without prejudice:

Date: May 19, 2011

_____
Honorable Frederick J. Scullin, Jr.
Senior United States District Judge